IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__Western__ DIVISION

__Shekinah Griffin__
(Enter Above the Name of the Plaintiff in this Action)

vs.

__General Electric Credit Union et.al__
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:
__Rodney Manning__
__Ashley Cunningham__

1:23CV542

ELLIOTT

M.J. BOWMAN

**RECEIVED**

AUG 29 2023

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Shekinah Griffin__
Name - Full Name Please - PRINT
__4607 Williamsburg road North__
Street Address
__Cincinnati, Ohio 45215__
City, State and Zip Code
__513 2270523__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. General Electric Credit Union
   Name - Full Name Please
   10485 Reading Rd Cinti Oh 45241
   Address: Street, City, State and Zip Code

2. Rodney Manning
   10485 Reading Rd Cinti Oh 45241

3. Ashley Cunningham
   10485 Reading Rd Cinti Oh 45241

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

General Electric Credit Union, their Loan Operations & Servicing Deptartment, Chief Member Officer Ashley Cunningham, Loan Services manager Randy Manning have violated my rights as a consumer and committed fraud / breach of contract denying me of my inaliable and or contractual rights. Denying me my securities. Refusing to honor administrative process and or notices in continuation of violations of my rights.

— February 15, 2023 the loan operations and servicing department refused to release my securities as instructed / demanded per notice and or performance.

— March 13, 2023 David (last name unknown) supervisor from member support department allegedly attempted to assist with this matter during alleged attempt transferred my call to the collections department in which I was unable to speak with someone directly rerouted to voicemail service.

— May 3, 2023 a third party by the name of Kierra (last name unknown) contacted me via phone stating she was from "Location Services" Pinckney, Michigan

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| <u>Case Number</u> | <u>Caption</u> |
|---|---|
| N/A | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Demand General Electric Credit Union release the hold of my securities and or equity owed to me. Allow/accept the performance of full contract under the federal reserve act and bill of exchange act, honor my constitutional rights for the consumer credit transaction deal pursuant to Truth and Lending Act as well as respond/honor the invoice, notice to cease and desist demands and affidavit of truth with regards to my constitutional rights without reserve.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 28 day of August, 2023.

_____
Signature of Plaintiff

-4-

an affiliate of General Electric Credit Union. A debt collector attempting to collect a debt on behalf of General Electric Credit Union and or making arrangement to secure my property that I was given in exchange for secure collateral (application w/ SSN)

- June 8, 2023 I filed a complaint with the Ohio Division of Financial Institutions
- June 16, 2023 Ashley Cunningham Chief Member Officer (volunteer voted by members (owners) of GECU responded to the complaint
- July 10, 2023 The Ohio Division of Financial Institution sent Cunninghams response on behalf on General Electric Credit Union who continued to deny and with my securities and or equity owed- Refusing to accept my performance per The Bill of Exchange Act of transferring accepted credits to the account or performance of full contract continuing to keep/withhold my securities.
- August 25, 2023 Randy Manning from General Electric Credit Union contacted me via phone stating the company has received my notices, performances and demands which they refused to comply with and respond to as prompted yet again in violations of my rights refusing to negotiate the instruments and laws supporting

my performance and rights to perform them demanding I tell him my present location for more violations of my consumer rights.

- August 28, 2023 manning contacted me and a family member again in regards to this alleged debt disregard my cease and desist and notice to dispute given July, 2023 which manning verbalized they (General Electric Credit Union) have received with several other notices and documentation which they have refused to acknowledge and respond to as instructed in the notices and by law again continuing to violate my rights and harass me despite my attempt to handle this matter before submission of this litigation pursuance.