IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Shekinah Griffin | : |
| Plaintiff, | : |
| vs. | : Case Number: 1:23cv542 |
| | : Judge Susan J. Dlott |
| General Electric Credit Union, et al., | : |
| Defendant. | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court **ADOPTS** the Report and Recommendation (Doc. 4) to **DISMISS** Griffin's Complaint (Doc. 3) insofar as: (1) the purported claims for civil rights violations are dismissed with prejudice; (2) the purported claims for violation of federal consumer protection statutes are dismissed without prejudice; and (3) the purported state law claims are dismissed without prejudice.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith.

November 20, 2023                                                            RICH NAGEL, CLERK

                                                                                       S/William Miller
                                                                                       Deputy Clerk